938

No. 90-1248. CORDREY, A MINOR, ET AL. *v.* EUCKERT, SU-PERINTENDENT, EVERGREEN LOCAL SCHOOL DISTRICT, ET AL. C. A. 6th Cir. Certiorari denied.

No. 90-1277. CRAMER ET AL. *v.* ASSOCIATION LIFE INSURANCE CO., INC. Sup. Ct. La. Certiorari denied.

No. 90-1310. KARNES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90-1316. PERRY *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 90-1327. PALM COURT, INC., ET AL. *v.* DISTRICT COURT OF APPEAL OF FLORIDA, FOURTH DISTRICT, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 90-1336. BENNETT *v.* GRAHAM, FORMER GOVERNOR OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 90-6457. HAGLUND *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 90-6461. McCLENDON *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 90-6497. JAMES *v.* DROPSIE COLLEGE, AKA ANNENBERG RESEARCH INSTITUTE. C. A. 3d Cir. Certiorari denied.

No. 90-6549. HALPIN *v.* MARTINEZ ET AL. Sup. Ct. Fla. Certiorari denied.

No. 90-6603. NORI *v.* MALONEY ET AL. C. A. 2d Cir. Certiorari denied.

No. 90-6685. MUNIO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90-6712. McCONNELL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90-6778. SHULMAN *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 2d Cir. Certiorari denied.